**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CHESTER COUNTY OFFICE OF THE CORONER, | : | No. 13 MAL 2024 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| TERENCE KEEL AND THE UNIVERSITY | : | |
| OF CALIFORNIA-LOS ANGELES | : | |
| INSTITUTE FOR SOCIETY AND | : | |
| GENETICS, BIOSTUDIES LAB, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.